IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOOTER'S PALS RESCUE,  )
                        )   2:12-cv-01736-GEB-KJN
        Plaintiff,      )
                        )
     v.                 )   ORDER DENYING MOTION TO
                        )   DISMISS
COUNTY OF PLACER; MARK STARR,   )
DVM; ANTHONY LA BOUFF; RICHARD  )
BURTON, M.D.; and JAMES GANDLEY, )
M.D.,*                  )
                        )
        Defendants.     )
_____)

        The dismissal motion filed on November 19, 2012, (ECF No. 17), is denied since the motion concerns Plaintiff's First Amended Complaint, which is no longer the operative pleading in this action, since Plaintiff filed a Second Amended Complaint ("SAC") on March 6, 2013. See Hal Roach Studios, Inc., v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); Jones v. TW & Co., Inc., No. 1:11-CV-1242 AWI JLT, 2011 WL 4055721, at *2 (E.D. Cal. Sept. 12, 2011) ("With the filing of the

---

    * Consistent with the Order, filed on March 6, 2013, granting Plaintiff's motion for leave to file a Second Amended Complaint, the caption has been amended to reflect the addition of Defendants Richard Burton and James Gandley and the dismissal of the remaining Doe Defendants.

1  [SAC], that complaint will be the active complaint and [Defendants']
2  motion to dismiss will be [denied].").

3  Dated:  March 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge